467 A.2d 63

Commonwealth v. Gundaker, Jr., Appellant.
Petition for Allowance of Appeal
Denied Feb. 27, 1984.

Argued March 3, 1983. James T. Vernile, for appellant; Mariana Coleman Sorenson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.